NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAFAEL LOPEZ,                                )
                                             )
            Appellant,                       )
                                             )
v.                                           )          Case No. 2D18-3034
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
                                             )
_____)

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Kelly P. Butz, Judge.


PER CURIAM.


            Affirmed.


KELLY, KHOUZAM, and BLACK, JJ., Concur.